WELLMAN, Respondent, v. HART, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Francis L. Wellman against Frieda Hart. From a judgment for plaintiff, and from an order denying a motion for new trial, defendant appeals. Affirmed. Joseph Rosenzweig, for appellant. Wellman & Gooch, for respondent.

HASCALL, J. We think the court below properly disposed of the issue presented. It was not a question of what legal right plaintiff possessed to require a memorandum of security from the defendant, but what she voluntarily agreed to do. The record shows a complete understanding between the parties as to the situation of interests, and we think the written evidence of agreement expresses suffi-

cient consideration to keep it from operation of the statute of frauds. Judgment and order appealed from are affirmed, with costs.

FITZSIMONS, C. J., and CONLAN, J., concur.

